# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

MARY MASSEY

    VS                                    CASE NO.   3:16CV439 RV/CJK

AUSTIN AND STEVENS INC et al.

**REFERRAL AND ORDER**

Referred to Judge Vinson on   10/24/2016
Type of Motion/Pleading  MOTION for Settlement Approval, MOTION to Dismiss With Prejudice
Filed by: Plaintiff            on 10/24/16      Doc. No. 12
( X ) Joint Pleading
RESPONSES:

                                        on _____ Doc. No. _____
                                        on _____ Doc. No. _____

                                        JESSICA J. LYUBLANOVITS
                                        CLERK OF COURT

                                        /s/ *Sylvia Williams*
                                        Deputy Clerk: Sylvia Williams

**ORDER**

Upon consideration of the foregoing, it is ORDERED this  25th  day of   October  , 2016, that:

(a)   The requested relief is GRANTED.
(b)   See separate order.

                                        /s/  *Roger Vinson*
                                        ROGER VINSON
                                        SENIOR UNITED STATES DISTRICT JUDGE